# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MELISSA HARRIS, | Case No. 18-CV-1424 (SRN/SER) |
| Petitioner, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| WARDEN BARNES, | |
| Respondent. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period.

Accordingly, IT IS HEREBY ORDERED THAT the Report and Recommendation [Doc. No. 2] is ADOPTED and the petition for a writ of habeas corpus [Doc. No. 1] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 10, 2018  s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge